UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TOUCHMARK HOTEL GROUP, LLC, a Florida limited
liability company doing business as
Holiday Inn Express,

                        Plaintiff,                   24 cv 6744 (PKC)

     -against-                             ORDER

MT HAWLEY INSURANCE COMPANY,

                        Defendant.

---

CASTEL, U.S.D.J.

        Touchmark's motion in limine (ECF 68) is granted to the extent that any affirmative defense, required to be pled as such that has not been pled in defendant's pleading may not be asserted at trial.

        Touchmark's motion in limine (ECF 67) is granted to the extent that any unambiguous term of a contract of insurance is for the Court to construe and no witness for either party may offer testimony at variance with the Court's construction.

        Touchmark's motions in limine (ECF 64, 65 and 66) are denied without prejudice to renewal on a schedule to be set on final pretrial submissions in the event summary judgment is denied.  Touchmark shall provide record support for any such motion and a memorandum of law.

        Mt. Hawley's motion in limine (ECF 72) is denied without prejudice to refiling on a schedule to be set on final pretrial submissions in the event summary judgment is denied.

The Clerk is requested to terminate the motions at ECF 64, 65, 66, 67, 68 and 71.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
January 29, 2026