**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
TOUCHMARK HOTEL GROUP, LLC, d/b/a
HOLIDAY INN EXPRESS,

                        Plaintiff,

        -against-                                               24 **CIVIL** 06744 (PKC)

                                                               **JUDGMENT**

MT. HAWLEY INSURANCE COMPANY,

                        Defendant
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 24, 2026, the Court grants summary

judgment in favor of Mt. Hawley and against Touchmark on the breach of contract claim and on

Touchmark's request for court costs and fees pursuant to Florida law. Accordingly, the case is

closed.

**Dated:** New York, New York

        March 24, 2026

                                                **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                                **BY:**
                                        _____
                                                **Deputy Clerk**